# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| CLYDE E. DAVIES and | : | Bankruptcy No. **12-21406JAD** |
| JANICE A. DAVIES, a/k/a | : | |
| JANICE PUDIK, a/k/a | : | |
| JANICE A. PUDIK-DAVIES, | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| ****************************************** | : | |
| CLYDE E. DAVIES and | : | |
| JANICE A. DAVIES, | : | |
| | : | |
| Movant(s), | : | |
| v. | : | Document No. 171 |
| | : | |
| RONDA J. WINNECOUR, TRUSTEE, | : | |
| | : | |
| Respondent(s). | : | |

## ORDER

AND NOW, this **7th** day of **November**, **2014**, upon consideration of the ***Debtors' Motion To Vacate Order Dismissing Debtors' Chapter 13 Bankruptcy Case***, *filed at Document No. 171,*

IT IS ORDERED, ADJUDGED, AND DECREED THAT the **DEBTORS' MOTION IS GRANTED. IT IS FURTHER ORDERED THAT** the Dismissal Order signed on **November 6, 2014**, **IS VACATED** and, to the extent that the Bankruptcy Case is closed, **Bankruptcy No. 12-21406JAD IS HEREBY REOPENED AND REINSTATED.**

_____
JEFFERY A. DELLER      emm
Chief U.S. Bankruptcy Judge

FILED
11/7/14 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00014078